UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.H-A, *an infant by her mother and natural guardian, Alyssa Anzovino*, and<br><br>ALYSSA ANZOVINO,<br><br>        Plaintiffs,<br><br>   -against-<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | 25-CV-4386 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  On August 15, 2025, the Court adjourned the initial pre-trial conference in this case to October 8, 2025. ECF No. 10. In the interest of completeness, the Court adds that the parties' deadline to submit their required joint letter and case management plan and scheduling order is similarly ADJOURNED to October 1, 2025.

Dated: August 27, 2025
     New York, New York

                     SO ORDERED.

                     *Jessica Clarke*
                     JESSICA G. L. CLARKE
                     United States District Judge